STEIN INDUSTRIES, INC.,
Plaintiff–Appellant,

v.

DISPLAY SPECIALTIES, INC.,
Defendant–Cross Appellant.

No. 03–1369, 03–1398.

United States Court of Appeals,
Federal Circuit.

July 2, 2003.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

ECOLAB INC., Plaintiff–
Cross Appellant,

v.

GARDNER MANUFACTURING CO.,
INC., Defendant–Appellant,

and

Guardian Pest Control, Inc., Defendant.

Nos. 03–1280, 03–1281.

United States Court of Appeals,
Federal Circuit.

July 3, 2003.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).